**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL ACTION FILE** |
| **v.** | : | **NO. 1:21-CR-00437-TWT** |
| | : | |
| **JASON LARY,** | : | |
| **Defendant.** | : | |
| | : | |

**UNOPPOSED MOTION TO CONTINUE**
**REVOCATION OF SUPERVISED RELEASE HEARING**

**COMES NOW**, Defendant Jason Lary, by and through counsel of record, and respectfully moves this Court to continue the November 6, 2026, revocation of supervised release hearing and in support thereof shows the Court the following:

(1)

The Defendant Jason Lary is scheduled for a revocation of supervised release hearing on November 6, 2026, before this Honorable Court.

(2)

On or about October 21, 2026, the Government provided defense counsel with additional discovery consisting of approximately 150 audio recordings of the Defendant's telephone calls and approximately 110 pages of text messages from the period during which the Defendant was in federal custody.

(3)

Counsel requires additional time to have all audio recordings transcribed, review the recordings and text messages, and confer with the Defendant to prepare adequately for the revocation of supervised release hearing.

(4)

Counsel has conferred with the Government regarding the need for additional time to review the discovery materials. The Government does not oppose the requested continuance, (Exhibit 1 attached hereto).

(5)

Counsel for the Defendant respectfully requests this Court to continue the revocation of supervised release hearing until after February 22, 2027, to allow Counsel time to adequately review the additional discovery and prepare for the hearing and/or globally resolve all state and federal matters. Additionally, the Government's witness is unavailable during January 2027 and on February 2, February 15–16, and February 18–22, 2027 (Exhibit 1).

(6)

Counsel for the Defendant and the Government are pursuing a global resolution that would likely resolve the pending federal and state charges, however, the state prosecutor has been unable to confer with undersigned Counsel due to his trial schedule.

**RESPECTFULLY SUBMITTED,** this 2nd, day of November 2026.

D. Lowell Thomas, PC
2296 Henderson Mill Rd, Suite 304
Atlanta, GA 30345
(404) 522-1400 PHONE
Dwightl654@gmail.com

**/s/Dwight L. Thomas**
Dwight L. Thomas
Attorney at Law
State Bar No: 704825

**Janet Monroe**

---

## RE: [EXTERNAL] Re: Jason Lary

---

**Bradford, Garrett (USAGAN)** Mon, Nov 2, 2026 at 11:25 AM
To: dwight thomas
Cc: Janet Monroe

Good morning,

I wanted to see if you would be open to emailing Judge Thrash's Courtroom Deputy, Jordyn Holder, to let her know about the request and ask for a new date? We're holding open travel plans for Dr. McDaniel and we'd like to find out if the court will be granting the continuance so we can determine if she needs to travel or not.

Also, for new date purposes, Dr. McDaniel is already booked for January for testimony. In February she is unavailable February 2, 15-16, 18-22, so we would request any time in February other than those dates.

Thank you, and let me know if I can do anything to assist.

Garrett

Garrett Bradford

Chief, Public Integrity and Civil Rights

U.S. Attorney's Office - Northern District of Georgia

---

**From:** dwight thomas
**Sent:** Friday, October 30, 2026 9:36 AM
**To:** Bradford, Garrett (USAGAN)
**Cc:** Janet Monroe
**Subject:** Re: [EXTERNAL] Re: Jason Lary

We will file unopposed motion Monday

On Fri, Oct 30, 2026, 8:58 AM Bradford, Garrett (USAGAN) wrote:

> Good morning. I don't object, and thank you for checking. Please let me know if there's anything I can do to assist.
>
> Garrett Bradford

Chief, Public Integrity and Civil Rights

U.S. Attorney's Office - Northern District of Georgia

---

**From:** Janet Monroe
**Sent:** Thursday, 29 October 2026 13:29:02
**To:** Bradford, Garrett (USAGAN)
**Cc:** dwight thomas
**Subject:** Re: [EXTERNAL] Re: Jason Lary

Good afternoon AUSA Bradford,

Attorney Thomas is providing you with the attached combined text messages, which include about 101 pages and 8 transcripts from over 100 calls requiring transcription and review. In light of this do you object to a continuance to January 2027, to allow time for the transcription and review of the calls and the additional information provided on 10/21? Also, because the DeKalb ADA has been in trial, Attorney Thomas has not yet had the opportunity to speak with him regarding a global resolution and will need additional time to accomplish this.

Do you have transcripts of the calls that you can provide? I didn't see any in the files you sent and wanted to make sure I didn't miss anything.

Best regards,

On Wed, Oct 21, 2026 at 4:29 PM Bradford, Garrett (USAGAN) wrote:

> Sounds good, thank you.
>
> I just uploaded one additional file there ("Lary-BOP calls and emails.zip"), so if you downloaded everything this morning you will want to go back in and download the new zip file too.
>
> Note that I previously, months ago, provided all of the files except two new ones: "Lary-BOP calls and emails.zip" and "Lary-Add'l files from McDaniel.zip" I re-uploaded all the others just to make sure you have everything.
>
> Of the two new ones, you'll be most interested in "Lary-Add'l files from McDaniel.zip" That file contains the documents Dr. McDaniel relied on for her evaluation reports, including the files she received from USPO Fields.
>
> The other new file, "Lary-BOP calls and emails.zip" is a complete download of all of Mr. Lary's telephone calls and emails from the BOP system in 2026. I haven't reviewed them and I don't know if there is anything in there you would want, but I thought I would provide them just in case you wanted them for some reason.
>
> Please let me know if you have any difficulty with the BOX system or have questions about any of the files.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL ACTION FILE** |
| **v.** | : | **NO. 1:21-CR-00437-TWT** |
| | : | |
| **JASON LARY,** | : | |
| **Defendant.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing Motion to Continue using the ECF system, which will send notification of such filing to the following:

Honorable Garrett Bradford
U.S. Attorney Office-ATL
Assistant United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

**RESPECTFULLY SUBMITTED,** this 2nd, day of November 2026

D. Lowell Thomas, PC
2296 Henderson Mill Rd, Suite 304
Atlanta, GA 30345
(404) 522-1400 PHONE
Dwightl654@gmail.com

**/s/Dwight L. Thomas**
Dwight L. Thomas
Attorney at Law
State Bar No: 704825

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **CRIMINAL ACTION FILE** |
| **v.** | : **NO. 1:21-CR-00437-TWT** |
| | : |
| **JASON LARY,** | : |
| **Defendant.** | : |
| ________________________________ | : |

**PROPOSED ORDER**

Said matter having come before the Court for a continuance of the revocation of supervised release hearing, and the matters asserted in support of said Motion having been duly considered by this Court,

**IT IS HEREBY ORDERED** that said request is hereby **GRANTED**. A revocation of supervised release hearing shall be held in this case on ___________ at _______ a.m./p.m.

SO ORDERED this ____ day of ________________, 2026.

___________________________________
The Honorable Judge Thomas W. Thrash, Jr.
United States District Judge

*/s/Dwight L. Thomas*___________
Attorney Dwight L. Thomas
Counsel for Jason Lary