**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **CRIMINAL ACTION FILE** |
| **v.** | : **NO. 1:21-CR-00437-TWT** |
| | : |
| **JASON LARY,** | : |
| **Defendant.** | : |
| | : |

**ORDER**

Said matter having come before the Court for a continuance of the revocation of supervised release hearing, and the matters asserted in support of said Motion having been duly considered by this Court,

**IT IS HEREBY ORDERED** that said request is hereby **GRANTED**. A revocation of supervised release hearing shall be held in this case on March 3, 2026 at 10:00 a.m.

SO ORDERED this 5th day of November, 2026.

Thomas W. Thrash

The Honorable Judge Thomas W. Thrash, Jr.
United States District Judge